1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT
9                          FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11  BRIAN L. BROWN,                              No. 2:13-cv-2425 CKD P

12             Plaintiff,

13       v.                                      ORDER

14  NORTH KERN STATE PRISON, et al.,

15             Defendants.

16

17       Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C.

18  § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This

19  proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

20       Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. §

21  1915(a). Accordingly, the request to proceed in forma pauperis will be granted.

22       Plaintiff is required to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. §§

23  1914(a), 1915(b)(1). By separate order, the court will direct the appropriate agency to collect the

24  initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the Court.

25  Thereafter, plaintiff will be obligated for monthly payments of twenty percent of the preceding

26  month's income credited to plaintiff's prison trust account. These payments will be forwarded by

27  the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account

28  exceeds $10.00, until the filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

                                                  1

1    Plaintiff has also filed a motion seeking leave to amend his complaint. Good cause
2 appearing, that motion will be granted. Plaintiff is informed that the court cannot refer to a prior
3 pleading in order to make plaintiff's amended complaint complete. Local Rule 220 requires that
4 an amended complaint be complete in itself without reference to any prior pleading. This is
5 because, as a general rule, an amended complaint supersedes the original complaint. See Loux v.
6 Rhay, 375 F.2d 55, 57 (9th Cir. 1967). Once plaintiff files an amended complaint, the original
7 pleading no longer serves any function in the case. Therefore, in an amended complaint, as in an
8 original complaint, each claim and the involvement of each defendant must be sufficiently
9 alleged.

10    In accordance with the above, IT IS HEREBY ORDERED that:

11    1. Plaintiff's request for leave to proceed in forma pauperis (ECF Nos. 7 & 8) is granted.

12    2. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. All fees
13 shall be collected and paid in accordance with this court's order to the Director of the California
14 Department of Corrections and Rehabilitation filed concurrently herewith.

15    3. Plaintiff's motion for leave to file an amended complaint (ECF No. 9) is granted.

16    4. Plaintiff's complaint is dismissed.

17    5. Plaintiff is granted thirty days from the date of service of this order to file an amended
18 complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil
19 Procedure, and the Local Rules of Practice; the amended complaint must bear the docket number
20 assigned this case and must be labeled "Amended Complaint"; plaintiff must file an original and
21 two copies of the amended complaint; failure to file an amended complaint in accordance with
22 this order will result in a recommendation that this action be dismissed.

23 Dated: February 25, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

---

1
brow2425.lta

2