UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN L. BROWN, | No. 2:13-cv-2425 CKD P |
| Plaintiff, | |
| v. | ORDER |
| NORTH KERN STATE PRISON, et al., | |
| Defendants. | |

Pursuant to the "referral notice" filed in this court on April 23, 2014 by the Ninth Circuit Court of Appeals, the court hereby certifies that plaintiff's appeal of the court's March 12, 2014 dismissal of this case as "an improper second attempt to present claims which cannot be presented in a § 1983 action" is not taken in good faith. Therefore, plaintiff should not be permitted to proceed in forma pauperis on appeal. <u>See</u> 28 U.S.C. § 1915 (a)(3). The Clerk of the Court is directed to serve a copy of this order upon the Ninth Circuit.

Dated: April 24, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
brow2425.9th